IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
LAURIE HARTFIELD

CASE NO.: 3:15-bk-04596-PMG
Estimated Time: 5 Minutes
Conf. Hrg: 1/5/2016 @ 9:30 am
Chapter 13

_____ Debtor

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

1. Pursuant to 11 U.S.C. §1325(a)(4), based on the Schedules and Plan as filed, the unsecured creditors would receive a greater distribution if the estate of the Debtor was liquidated under a Chapter 7 bankruptcy.

2. The Debtor is proposing to retain non-exempt property which is not necessary for the successful reorganization of the Debtor's financial affairs.  Specifically, the Trustee objects to the retention of the non-homestead properties.

3. The Debtor has failed to provide for the payment of all secured and priority claims in the terms of the Chapter 13 Plan; specifically the Debtor is not providing for the 0 Eva Circle property within the terms of the plan.

4. Based on the information provided, the plan is not feasible as required by 11 U.S.C. §1325(a)(6).

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ John J. Freeman, Jr.*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar No. 650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar No. 58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone      (904)358-6465
FAX             (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 1st day of December 2015 on the following:

Laurie Hartfield, 7249 Gainesville Avenue, Jacksonville, Florida 32208
Candyce King, P.A., 2219 Park Street, Jacksonville, Florida 32204

*/s/ John J. Freeman, Jr.*